IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00480-RPM

TOP RANK, INC.,

    Plaintiff,

v.

BARRY FEY and
EVERY DOG HAS ITS DAY, INC., a Colorado corporation,

    Defendant.
_____

ORDER FOR ENTRY OF JUDGMENT AS TO DEFENDANT BARRY FEY
_____

    Pursuant to the hearing held on May 29, 2008 on the Stipulation and Agreement for Entry of Judgment, filed April 28, 2008, with Todd L. Vriesman appearing as attorney for the plaintiff and defendant Barry Fey appearing in person and by his attorney Thomas F. Quinn and both counsel and Mr. Fey personally having agreed to the modification of the stipulation to provide that judgment may enter for the plaintiff against Barry Fey individually in the amount of $131,646.70 and the plaintiff having waived any additional claims for attorney fees and costs, it is now

    ORDERED that judgment shall enter for the plaintiff Top Rank Inc. and against defendant Barry Fey, individually, in the amount of $131,646.70, which may become a joint and several liability in the event that any judgment may enter as to the defendant Every Dog Has Its Day, Inc.

    DATED: May 30th, 2008

                                                BY THE COURT:

                                                s/ Richard P. Matsch
                                                _____
                                                Richard P. Matsch, Senior District Judge