IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  08-cv-00480-RPM

TOP RANK, INC.,

     Plaintiff,

v.

BARRY FEY and
EVERY DOG HAS ITS DAY, INC., a Colorado corporation,

     Defendant.

_____

ORDER FOR ENTRY OF JUDGMENT AS TO DEFENDANT
EVERY DOG HAS ITS DAY, INC.
_____

     Upon consideration of the Recommendation of United States Magistrate Judge Kristen L. Mix, filed April 29, 2009, the Court now adopts and incorporates by this reference the findings of fact and conclusions of law contained in the recommendation and upon that basis, it is

     ORDERED that Plaintiff's Motion to Enter Judgment Upon Default [23] is granted and it is

     FURTHER ORDERED that judgment shall enter for the plaintiff Top Rank Inc. and against defendant Every Dog Has Its Day, Inc., a dissolved Colorado corporation, in the amount of $131,646.70.

     DATED: May 15, 2009

               BY THE COURT:

               s/Richard P. Matsch

               _____

               Richard P. Matsch, Senior District Judge